IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**LEEANN TRUJILLO,**

    **Plaintiff,**

**vs.**                                                                                                    Civ. No. 19-885 MV/JFR

**AMERICAN AIRLINES,**

    **Defendant.**

### ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Proposed Findings of Fact and Recommended Disposition by United States Magistrate Judge John F. Robbenhaar, filed July 17, 2020. Doc. 45. Objections were due by no later than August 3, 2020.[1] The parties have not filed any objections. The failure to make timely objections to the Magistrate Judge's Proposed Findings and Recommended Disposition waives appellate review of both factual and legal questions. *U.S. v. One Parcel of Real Property*, 73 F.3d 1057, 1059 (10th Cir. 1996).

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 45) are **ADOPTED**;

**IT IS FURTHER ORDERED** that Plaintiff's Complaint for Damages against American Airlines is **DISMISSED**.

_____
**MARTHA VÁZQUEZ**
**United States District Judge**

---

[1] Add three days to the deadline if service is by mailing it to the person's last known address (or means described in Fed. R. Civ. P. 5(b)(2)(D) and (F)); if service is by electronic means, no additional days are added. (Fed. R. Civ. P. 6(d); Fed. R. Crim. P. 45(c).)